UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-1-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JARVIS DEVAIL SESSOMS | ORDER |

This matter having come before the Court by an unopposed motion of the Office of the Federal Public Defender to reset the sentencing hearing of the Defendant, and for good cause shown, it is hereby ORDERED that the sentencing hearing shall be reset to `Tuesday, April 7, 2015, at 10:00 a.m.`

SO ORDERED.

This `17th` day of March, 2015.

*Louise W. Flanagan*
―――――――――――――――
LOUISE W. FLANAGAN
United States District Judge